FRANKLIN B. ABERNATHY *vs.* COMMONWEALTH. January 29, 2009. *Supreme Judicial Court*, Appeal from order of single justice. *Moot Question. Practice, Civil*, Moot case.

Franklin B. Abernathy appeals from a judgment of a single justice of this court denying his petition for review of an order of a Superior Court judge revoking his pretrial release on personal recognizance and setting bail. The case is now before us on Abernathy's memorandum and appendix pursuant to S.J.C. Rule 2:21, as amended, 434 Mass. 1301 (2001). Abernathy has since been convicted of three offenses in the underlying criminal case and has been sentenced to terms in prison. His request to be released on personal recognizance

is therefore moot. See, e.g., *Fruchtman* v. *Commonwealth*, 449 Mass. 1031, 1032 (2007), citing *LaChance* v. *Commonwealth*, 437 Mass. 1013 (2002).

*Appeal dismissed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Franklin B. Abernathy*, pro se.